



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton
Clerk

312-435-5670

Global Merchandising )
    v. )
                         )
The Individuals, Corporations, Limited )
Liability Companies, Partnerships and )
Unincorporated Associations as )
Identified on Schedule A )

USDC Case Number: 1:21-cv-00249

Judge: Honorable Gary Feinerman

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Global Merchandising

| 02/02/2021 | view22 | BOND on Injunction in the amount of $ 10,000.00 posted by Global Merchandising Services LTD. (Document not imaged) (td, ) (Entered: 02/03/2021) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm: Jiangip

By: N. Finley
    /s/ Deputy Clerk

Date: 8/13/26 _____

Rev. 09/23/2016